UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Case Number | 4:09-cv-02701 |
|---|---|---|---|
| Chaucer Corporate Capital, No. 2 Limited ||||
| *versus* ||||
| Village Contractors, Inc. and Hardam S. Azad d/b/a Five Million Square Feet Companies et. al. ||||

This lawyer, who is admitted to the State Bar of _____ Texas _____:

| | |
|---|---|
| Name | Robert Sean Wear |
| Firm | Law Offices of Charles E. Wear, Jr., P.C. |
| Street | 1811 West Park Row |
| City & Zip Code | Arlington, TX 76013 |
| Telephone | 817-277-2229 |
| Licensed: State & Number | Texas 00795711 |
| Federal Bar & Number | |

Seeks to appear as the attorney for this party:

| Mobile Dry Force, LLC ||
|---|---|
| Dated: December 4, 2009 | Signed: *[signature]* |

| COURT USE ONLY: The state bar reports that the applicant's status is: _____. ||
|---|---|
| Dated: _____ | Signed: _____ <br> Deputy Clerk |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____      _____
                                         United States District Judge