IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHAUCER CORPORATE CAPITAL, NO. 2 LIMITED, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 09-2701 |
| VILLAGE CONTRACTORS, INC. and HARDAM S. AZAD d/b/a FIVE MILLION SQUARE FEET COMPANIES, | § § § § | |
| Defendants, | § § | |
| v. | § § | |
| HARDAM S. AZAD, INDIVIDUALLY, as MANAGING PARTNER OF HOUSTON SHOPPING CENTER MANAGERS, L.P. d/b/a COM REALTY a/k/a REALTY CORP., HOUSTON SHOPPING CENTER MANAGERS I, INC., GENERAL PARTNER OF HOUSTON SHOPPING CENTER MANAGERS, L.P., MANOHAR S. MANN, INDIVIDUALLY, AS A PARTNER OF HOUSTON SHOPPING CENTER MANAGERS, L.P., and AS THE SOLE OFFICER AND DIRECTOR OF TRADING FAIR, IV, INC. and TRADING FAIR IV, INC., | § § § § § § § § § § § § § § § | |
| Counter and Third-Party Defendants. | § § | |

<u>ORDER ON MOBILE DRY FORCE, LLC'S MOTION TO INTERVENE</u>

After considering Mobile Dry Force, LLC's Motion to Intervene to which no response has been filed in opposition, it is

ORDERED that Mobil Dry Force, LLC's Motion to Intervene is GRANTED.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 31ST day of December, 2009.

*[signature]*
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE